IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                Criminal No. 2:07CR20075-001

MARK STEVEN WOODS, JR.                                                DEFENDANT

**O R D E R**

At the arraignment and plea conducted on the criminal indictment, the defendant agreed to waive detention pending the final disposition of the case.  Accordingly, the defendant is considered detained subject to reconsideration on motion of defendant.

SO ORDERED this 19th day of November 2007.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE